JANI-CARE, INC., Appellant, v CORNING INCORPORATED, Respondent. (Appeal No. 1.) [765 NYS2d 310] —Appeal from an or-

der of Supreme Court, Monroe County (Stander, J.), entered August 8, 2002, which granted defendant's motion to dismiss the complaint with prejudice and denied plaintiff's motion for leave to amend the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Monroe County, Stander, J. Present—Pigott, Jr., P.J., Hurlbutt, Gorski and Lawton, JJ.